

# In The
# Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-17-00076-CV

SCOTT ODAM, APPELLANT

V.

THE STATE OF TEXAS, THE DEPARTMENT OF PUBLIC SAFETY, & THE CITY OF
LUBBOCK, TEXAS, APPELLEES

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2016-522,822, Honorable Les Hatch, Presiding

September 4, 2019

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pro se appellant, Scott Alan Odam, filed a notice of appeal from the trial court's order signed January 27, 2017. Upon receiving a suggestion of bankruptcy, this Court abated the purported appeal in compliance with applicable rules of procedure. *See* TEX. R. APP. P. 8.2, 8.3; *Odam v. State*, No. 07-17-00076-CV, 2017 Tex. App. LEXIS 2387 (Tex. App.—Amarillo Mar. 21, 2017, order) (per curiam). Subsequently, appellant filed three separate motions seeking to withdraw his notice of appeal, motions which we have construed as motions to dismiss his appeal. Noting that all activity related to this case

was suspended per Rule 8.2, we carried those motions until such time as the Court received satisfactory notice that the bankruptcy stay had been lifted and the appeal could be reinstated.

Appellant has now filed with the Court a Notice of Dismissal of Bankruptcy accompanied by an order signed by the judge of the United States Bankruptcy Court for the Northern District of Texas, Lubbock Division, indicating that appellant's bankruptcy proceeding has been dismissed with prejudice to refiling for a two-year period. We now reinstate the appeal and proceed to act on the motions appellant has filed by which he seeks to dismiss his appeal. *See* TEX. R. APP. P. 8.2, 8.3(a). Without passing on the merits of the appeal or the appealability of the order he originally sought to challenge, we grant his motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The Court having dismissed the appeal at appellant's request, no motions for rehearing will be entertained and our mandate will issue forthwith.

Brian Quinn
Chief Justice